**Edward RONWIN, Appellant,**

v.

**AMEREN, Missouri Corporation; Jeffrey Green; Bryan Vance; Gregory Stoner, Union Electric Company, Appellees.**

No. 09–2079.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 1, 2010.

Filed: Feb. 4, 2010.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Edward Ronwin appeals the district court's [1] adverse judgment on his claims challenging, inter alia, the exercise of authority related to the issuance of permits for the installation of boat docks on his lakefront property. Following careful review, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.